# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN BARNETT,

Petitioner,

v.

JEFFREY WOLFE, Warden,

Respondent.

CASE NO. 2:07-cv-667
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On March 17, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Counsel has been appointed for petitioner Barnett; and the Magistrate Judge will hold an evidentiary hearing on petitioner's claims that he was denied the effective assistance of counsel and his right to appeal when his attorney failed to file a timely appeal after being requested to do so.

**IT IS SO ORDERED.**

4-9-2009

EDMUND A. SARGUS, JR.
United States District Judge