AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JOHN BARNETT,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO. C2-07-667

WARDEN, NOBLE CORRECTIONAL INSTITUTION,

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

        Respondent.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 19, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 19, 2010                       JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk