AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JOHN BARNETT,

       Petitioner,

       **JUDGMENT IN A CIVIL CASE**

vs.

       CASE NO. C2-07-667

WARDEN, NOBLE        JUDGE EDMUND A. SARGUS, JR.
CORRECTIONAL INSTITUTION,        MAGISTRATE JUDGE MARK R. ABEL

       Respondent.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 19, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 19, 2010        JAMES BONINI, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk